**RECEIVED**
IN LAKE CHARLES, LA.

AUG 12 2009

TONY R. MOORE, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## FORT POLK DIVISION

UNITED STATES OF AMERICA

Vs.

*2:09-cr-00213*

Kristin Lyn Adams
104 Bellrichard
Fort Polk, LA, 71459
SSAN # 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

LRS 14:34
LRS 14:103
LRS 14:108

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BILL OF INFORMATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE UNITED STATES ATTORNEY CHARGES:

### CHARGE I

#### COUNT 1

That on or about April 16, 2009, at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of disturbing the peace in violation of Louisiana Revised Statutes Chapter 14, Section 103, to wit: by addressing offensive, derisive or annoying words to other persons who are lawfully in a public place and acting in such manner as would foreseeably disturb or alarm the public.

### CHARGE II

#### COUNT I

That on or about April 16, 2009, 2009 at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the united States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of resisting an officer in violation of Louisiana Revised Statutes Chapter 14, Section 108, to wit: intentional interference with, opposition or resistance to, or obstruction of an individual acting in his official capacity and authorized by law to make a lawful arrest.

1

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY _____
DATE 4-22-2010

BILL OF INFORMATION CONTINUED:  Kristin Lyn Adams

## CHARGE III

### COUNT I

That on or about April 16, 2009, at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of battery of a police officer in violation of Louisiana Revised Statutes Chapter 14, Section 34.2, to wit: battering military police officer Josue Alejandro Gonzalez while having reasonable grounds to believe that the victim was a police officer who was performing his official duties.

### COUNT II

That on or about April 16, 2009, at Fort Polk Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of battery of a police officer in violation of Louisiana Revised Statutes Chapter 14, Section 34.2, to wit: battering military police officer Mark Smith while having reasonable grounds to believe that the victim was a police officer who was performing his official duties.

### COUNT III

That on or about April 16, 2009, at Fort Polk Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of battery of a police officer in violation of Louisiana Revised Statutes Chapter 14, Section 34.2, to wit: battering military police officer Bruce Lee Wilson while having reasonable grounds to believe that the victim was a police officer who was performing his official duties.

BILL OF INFORMATION CONTINUED:  Kristin Lyn Adams

## CHARGE IV

That on or about April 16, 2009, at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Kristin Lyn Adams did knowingly commit the offense of simple battery in violation of Louisiana Revised Statutes Chapter 14, Section 35, to wit: battering Dr. Nolito A. Osea.


Donald W. Washington
United States Attorney

By:   Brockton B. Bosson
      Special Assistant U.S. Attorney


3